IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| Stoney Hugo Glenn, #993648, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Civil Action No.: 0:10-747-TLW-PJG |
|  | ) |  |
| James Metts; David Mauldin; and | ) |  |
| Charlse (sic), at Gene Frye Bail Bonds, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

# ORDER

Stoney Hugo Glenn, ("plaintiff"), brought this civil action, *pro se*, pursuant to 42 U.S.C. § 1983. This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Paige J. Gossett, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the plaintiff's claims against defendants Mauldin and Charles be dismissed without prejudice and without service of process and that serve of process upon defendant Metts be authorized. (Doc. # 7). The plaintiff filed no objections to the Report. Objections were due by May 3, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 7). Therefore, the plaintiff's claims against Mauldin and Charles are dismissed.

**IT IS SO ORDERED.**

                                                                                             s/Terry L. Wooten
                                                                                     United States District Judge

September 30, 2010
Florence, South Carolina